NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**INTEGRATED DNA TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**TECAN GENOMICS, INC.,**
*Appellee*

_____

2026-1904, 26-1905

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2025-00016.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P.  42 (b).

(2)  Each side shall bear their own costs.


FOR THE COURT

2   INTEGRATED DNA TECHNOLOGIES, INC. V. TECAN GENOMICS,
                                                      INC.

August 3, 2026
     Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** August 3, 2026